UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST CALVINO, JR.,

                    Plaintiff,

-against-

FAUTO L.; FAUTO DOBLES,

                    Defendants.

19-CV-11958 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 10, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 11, 2020
           New York, New York

                                             COLLEEN McMAHON
                                          Chief United States District Judge